Wednesday August 26, 2015

Patrick Marshall
    #1728798
3060 FM 3514
Beaumont TX. - 77705

Mr. Abel Acosta Clerk.

RE: PD-0509-14 ; PD-0510-14

Please send me a Copy of the above cited "docket sheet" within these cited Cause No.(s). Thank You.

Respectfully Submitted
by:

Patrick Marshall
Patrick Marshall

CP: File / pjm

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

Abel Acosta. Clerk